**William HINTON, Appellant,**

v.

**Cranston MITCHELL, Respondent.**

**No. WD 54764.**

Missouri Court of Appeals,
Western District.

March 17, 1998.

William Hinton, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephen D. Hawke, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and RIEDERER, JJ.

### ORDER

PER CURIAM.

William Hinton appeals from the dismissal of his writ of mandamus for failure to state a claim upon which relief can be granted. We dismiss the appeal.

Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 84.16(b).